**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RE NECTAR, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | **CIVIL ACTION NO.** |
| | § | **1:26-CV-01583-VMC** |
| **v.** | § | |
| | § | |
| **SHALOM SCHWARTZ and** | § | |
| **YAKOV EISENBACH,** | § | |
| | § | |
| **DEFENDANTS** | § | |

**NOTICE OF SETTLEMENT AND JOINT MOTION TO STAY**

COME NOW all parties to this action and notify the Court that they have reached an agreement to resolve their dispute that involves payment to be made monthly, with the final payment on or before March 1, 2027. Accordingly, the parties respectfully ask the Court to order that all proceedings be stayed until March 1, 2027. Plaintiff will file a Dismissal with Prejudice within seven days of receipt of final payment from Defendants.

In accordance with Local Rule 7.1(D), the undersigned certify that this Joint Motion was prepared with Times New Roman, 14-point font, as approved by the Court in Local Rule 5.1.

Respectfully submitted this 23rd day of June, 2026.

*/s/ Lewis P. Perling*
Lewis P. Perling

Georgia Bar No. 572379
Clark Hill PLC
3630 Peachtree Road N.E.
Suite 700
Atlanta, GA 30326
470.845.0207 (phone)
lperling@clarkhill.com
*Counsel for Plaintiff*

*/s/Lauren A. Warner (signed with express permission by Lewis P. Perling)*
Laurent A. Warrner
Georgia bar No. 425769
Grubman Warner Berry
1434 Independence Square
Atlanta, GA 30338
404.262.6506 (phone)
lwarner@gwbfirm.com
*Counsel for Defendants*