**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **RE NECTAR, INC.,** | § | |
| | § | |
| **PLAINTIFF,** | § | **CIVIL ACTION NO.** |
| | § | **1:26-cv-01583-VMC** |
| **v.** | § | |
| | § | |
| **SHALOM SCHWARTZ and** | § | |
| **YAKOV EISENBACH,** | § | |
| | § | |
| **DEFENDANTS** | § | |

**ORDER ADMINISTRATIVELY CLOSING CASE**

Before the Court is the parties' Joint Motion to Administratively Close Case. For good cause shown, and consistent with the Court's preference to administratively close rather than stay the case, the Motion is GRANTED.

It is ORDERED:

1. This action is ADMINISTRATIVELY CLOSED. This is an internal, docket-management disposition and not a dismissal or final adjudication on the merits.

2. The Court retains jurisdiction and the ability to enter a consent judgment, as contemplated in the parties' settlement agreement, and/or to entertain a motion to reopen for good cause, including to enforce the parties' settlement agreement.

3. Upon completion of all settlement payments and satisfaction of all obligations under the settlement agreement, the parties shall promptly file a stipulation or notice of dismissal with prejudice.

Entered this 26th day of June, 2026.

Victoria M. Calvert
United States District Judge